USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/29/17_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GUINNESS WORLD RECORDS LIMITED,      :      17-Cv-7663 (SHS)
a United Kingdom Limited Company, and
GUINNESS WORLD RECORDS NORTH         :
AMERICA, INC.,

                                     :

                 Plaintiffs,         :      ORDER

                                     :
        -against-
                                     :

SCHOLASTIC, INC.,

                                     :

                 Defendant.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        The parties having notified this Court's chambers that this matter has settled and

that there was no need for the hearing scheduled for November 30, 2017, and having requested a

30 day extension of defendant's time to answer the complaint,

        IT IS HEREBY ORDERED that:

        1.      At the request of the parties, there will be a conference on December 18,

2017, at 11:00 a.m.; and

        2.      Defendant's time to answer or move in response to the complaint is

extended to December 29, 2017.

Dated:    New York, New York
          November 29, 2017

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.