

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUINNESS WORLD RECORDS LIMITED, a United Kingdom Limited Company and GUINNESS WORLD RECORDS NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCHOLASTIC, INC., <br><br> Defendant. | Case No. 1:17-cv-07663-SHS |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties to this action entered into a Settlement Agreement and Release (the "Settlement Agreement") dated November 30, 2017;

IT IS NOW HEREBY STIPULATED AND AGREED, by and between the parties, and their undersigned counsel, and subject to the approval of the Court, as follows:

1. This action is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice, and without costs or fees to any party;

2. This Court shall retain jurisdiction over the parties and the subject matter of this action for purposes of enforcing the Settlement Agreement and for purposes of deciding any claim of breach of the Settlement Agreement.

Dated: December 13, 2017

| | |
|---|---|
| Guinness World Records Limited and Guinness World Records North America, Inc. | Scholastic Inc. |
| By: _/s/_ | By: _Edd H. Rosen_ |
| Brian W. Brokate (BB 5830)<br>Jeffrey E. Dupler (JD 5430)<br>Adam W. Sgro (AS 4684)<br>GIBNEY, ANTHONY & FLAHERTY, LLP<br>665 Fifth Avenue<br>New York, New York 10022<br>Telephone: (212) 688-5151<br>Facsimile: (212) 688-8315 | Edward H. Rosenthal<br>Lily Landsman-Roos<br>FRANKFURT KURNIT KLEIN & SELZ P.C.<br>488 Madison Avenue, 10th Floor<br>New York, New York 10022<br>Tel: 212-980-0120<br>erosenthal@fkks.com<br>llandsmanroos@fkks.com |

Marsha K. Hoover
William C. Meyers
Robert D. Leighton
GOLDBERG KOHN, LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
312-201-4000
Marsha.Hoover@goldbergkohn.com
Robert.Leighton@goldbergkohn.com

SO ORDERED this 20 day of December 2017.

_/s/ Sidney H. Stein_
Hon. Sidney H. Stein
United States District Judge